

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RRAFMAN KOCI,

        Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney
General,

        Respondent.

No.    12-70998

Agency No. A075-682-288

ORDER

      Submission is withdrawn and the memorandum disposition issued on
November 16, 2017 is vacated.  This matter will be resubmitted in due course.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Molly C. Dwyer
Deputy Clerk
Ninth Circuit Rule 27-7